UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 16-33-DLB-JGW**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

vs.                                                    **ORDER**

**$61,401.00 IN UNITED STATES CURRENCY**                                     **DEFENDANT**

*******************

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Gregory Wehrman, wherein he recommends that the United States' Motion to Strike and enter default judgment be granted. (Doc. # 16). No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. # 16) is **adopted** as the Opinion of the Court, the United States' Motion to Strike (Doc. # 14) is **granted**, and the Claimant Dane Estler's claim is hereby **stricken** from the Court's active docket.

This 7th day of March, 2017.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Cov16\16-33 Order adopting R&R.wpd